# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/27/2005 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR03-00367DAE

CASE NAME: USA v. (02) Randall Spear
(05) Paul Sullivan

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (02) Michael Green
(05) Paul Cunney

INTERPRETER:

---

| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
|---|---|---|---|
| DATE: | 12/27/2005 | TIME: | 2:54:55-3:03:45pm |

---

COURT ACTION: EP: Final Pretrial Conference as to defendants 02 and 05 - presence waived as to defendants 02 and 05

Per Mr. Green, defendant 02 has received a new plea agreement and will let the government know if the plea is acceptable

Final Pretrial Conference held as to defendant 05

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on January 10, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 3 days, case in chief

Defendant: (05) Paul Sullivan 4 - 5 days total trial time

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : December 30, 2005
2. a. Motions in Limine filed and served by :December 30, 2005.

b. Memoranda in opposition to motions in limine filed and served by: January 4, 2006.

3. Brady and Giglio Material by: December 30, 2005
4. a. Jury Instructions exchanged by December 30, 2005.
   d. Filings required by 4(b) & (c) by: January 4, 2006.
5. Witness Lists per stipulation by January 3, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. Stipulations: In writing and filed by January 4, 2006.
8. Voir Dire Questions: In writing by January 4, 2006.
9. Trial Briefs: by January 4, 2006.
10. Jencks Disclosures to be introduced pursuant to the statute per the government
11. Other Matters:
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR03-367DAE
USA v. (02) Randall Spear, et al.
**CRIMINAL FINAL PRETRIAL CONFERENCE**
12/27/2005