PAUL J. CUNNEY
A Law Corporation
220 S. King Street, #2290
Honolulu, Hawaii 96813
Telephone No. 523-0077

PAUL J. CUNNEY, #3145
DAN C. OYASATO, #4834
Attorneys for Defendant
PAUL SULLIVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 03-00367 DAE |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE TRIAL; ORDER; AND CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| RANDALL SPEAR, (02) Aka "Randall Foster" BRIAN WHITNEY REMHILD, (03) PAUL SULLIVAN, (05) KEVIN WRIGHT, (07) AUGUSTUS SANTOS, (08) and JOHN WARING (10) | ) ) ) ) ) ) ) ) | |
| Defendant. | ) ) ) | New Trial Date: May 16, 2006 Time: 9:00 a.m. Judge: Honorable Judge David Alan Ezra |

STIPULATION TO CONTINUE SENTENCING

It is hereby stipulated and agreed between the parties, with express consent of the defendant PAUL SULLIVAN, that the trial currently scheduled for January 10, 2006 a 9:00 a.m. is continued to May 16, 2006 at 9:00 a.m., before the Honorable Judge David Alan Ezra. The Final Pretrial Conference is scheduled for April 17, 2006, at 10:00 a.m. before the Honorable Leslie E. Kobayashi. Defendant's pretrial motions are due March 20, 2006, and the Government's responses are due on April 3, 2006.

The Court excludes the time from December 28, 2005, to and including May 16, 2006, from computation under the Speedy Trial Act. The Court finds that the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interest of the public and defendants in a speedy trial, pursuant to 18 U.S.C. § 3161 (h) (8) (A) and (h) (8) (B) (ii).

DATED: December ____, 2005, Honolulu, Hawaii.

_____
MICHAEL J. GREEN
Attorney for Defendant
RANDALL SPEAR
a.k.a "Randall Foster"

_____
PAUL J. CUNNEY
DAN C. OYASATO
Attorneys for Defendant
PAUL SULLIVAN

_____
CHRIS THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff
United States of America

The Stipulation is APPROVED, It is ordered that the trial in the above matter is continued until __May 16, 2006__ at __9:00__ a.m.

Honolulu, Hawaii, this ____ day of December, 2005.

_____
HONORABLE David Alan Ezra
Chief United States District Judge

United States v. PAUL SULLIVAN,
CR No. 03-00367 DAE

Stipulation to Continue Trial
Date; Order

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 03-0156 BMK |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| PAUL SULLIVAN, ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

    I, PAUL J. CUNNEY, do hereby certify that a true and correct copy of the foregoing document shall be hand delivered or mailed via U.S. postal service on December ____, 2005 to the following:

CHRIS THOMAS
Assistant U.S. Attorney
Room 6100, U.S. Courthouse
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850


DATED at Honolulu, Hawaii, _____.

                                             PAUL J. CUNNEY
                                             DAN C. OYASATO
                                             Attorneys for Defendant
                                             PAUL SULLIVAN