```
EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL SULLIVAN,       (05) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order For Dismissal was submitted to Judge David A. Ezra for signature and was served on the following counsel on October 23, 2006:

Served by First Class mail:

Paul Cunney, Esq.
Central Pacific Plaza
220 S. King Street, Suite 2290
Honolulu, HI 96813

Attorney for Defendant
Paul Sullivan

DATED:   Honolulu, Hawaii, October 23, 2006.


                              /s/ Janice Tsumoto