EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI      #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL SULLIVAN,      (05) | ) | |
| | ) | |
| Defendants. | ) | |

                    ORDER FOR DISMISSAL

        Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses,

without prejudice, the Indictment filed on July 23, 2003 against

PAUL SULLIVAN, on the ground that the Defendant was charged and

sentenced in an Information in Cr. No. 06-00277 DAE.

Defendant Sullivan was sentenced on September 5, 2006 to one (1) year probation.

DATED:  Honolulu, Hawaii, October 23, 2006.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii


By /s/ Chris A. Thomas
    CHRIS A. THOMAS
    Assistant U.S. Attorney



Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, October 25, 2006.



_____
David Alan Ezra
United States District Judge




United States v. Paul Sullivan
Cr. No. 03-00367 DAE
Order for Dismissal